UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

          Plaintiff,

-v-

UNITED STATES OF AMERICA, et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A status conference was scheduled for today, Wednesday, December 16, 2020 at 10:00 am, but neither party appeared.

By **December 30, 2020**, the parties shall submit a joint letter on the status of discovery. The letter should indicate whether the parties would like to reschedule the status conference to January 2021 and whether would like the Court to conduct a settlement conference.

Dated:     New York, New York
           December 16, 2020

SO ORDERED

*[signature: Sarah L. Cave]*

SARAH L. CAVE
United States Magistrate Judge