UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

           Plaintiff,

-v-

UNITED STATES OF AMERICA, et al.,

           Defendants.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **February 5, 2021**, the parties shall submit a joint letter on the status of discovery. The letter should indicate whether the parties would like the Court to conduct a settlement conference, and if so, their proposed timing.

Dated:      New York, New York
                January 22, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**