UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, October 28, 2021, the Court orders as follows:

1. Plaintiff shall promptly provide Defendants with an authorization to obtain his medical records from the Riverview Regional Medical Center;

2. Fact discovery shall be completed by **January 31, 2022**;

3. By **February 7, 2022**, the parties shall file a joint letter certifying the completion of fact discovery;

4. Expert discovery shall be completed by **April 1, 2022**;

5. By **April 8, 2022**, the parties shall file a joint letter certifying the completion of expert discovery; and

6. A status conference is scheduled for **Wednesday, January 12, 2022 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code 380-9799, at the scheduled time.

Dated:     New York, New York
            October 28, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**