UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, January 12, 2022, the Court orders as follows:

1. Fact discovery shall be completed by **April 1, 2022**;

2. By **April 8, 2022**, the parties shall file a joint letter certifying the completion of fact discovery;

3. Expert discovery shall be completed by **May 31, 2022**;

4. By **June 7, 2022**, the parties shall file a joint letter certifying the completion of expert discovery; and

No further discovery extensions will be granted absent extraordinary circumstances.

A status conference is scheduled for **Tuesday, March 8, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code 380-9799, at the scheduled time.

Dated:    New York, New York
             January 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**