UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's January 12, 2022 Order (ECF No. 81 (the "January 12 Order")), a telephone status conference was scheduled for today, March 8, 2022, at 11:00 am (the "Conference"). The Court commenced the Conference, waited several minutes, and, after both parties failed to appear, ended the Conference.

Based on the parties' failure to appear at the Conference, the Court infers that no discovery issues exist and expects the parties to file a letter by April 8, 2022, in compliance with the January 12 Order, certifying that fact discovery was timely completed. (ECF No. 81). The Court reiterates that no further discovery extensions will be granted absent extraordinary circumstances. (See id.)

Dated:    New York, New York
            March 8, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**