UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to (i) adjourn the settlement conference scheduled for May 16, 2022 and (ii) convert the format of the settlement conference from in-person to videoconference (ECF No. 93) is GRANTED. The settlement conference is ADJOURNED to **Wednesday, June 15, 2022 at 2:30 pm** and will take place by videoconference hosted by the Court through the Microsoft Teams platform. The Court will provide a link prior to the settlement conference.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 92 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **June 9, 2022**. The parties are reminded to include the Attendance Acknowledgement form annexed to this Order.

The Clerk of Court is respectfully directed to close ECF No. 93 and to set this conference as a settlement conference even though it will take place remotely.

Dated:      New York, New York
              May 11, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

## ATTENDANCE ACKNOWLEDGMENT FORM

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the        ☐ Plaintiff        ☐ Defendant

☐    I acknowledge that I am attending a virtual settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐    I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the email address the Microsoft Teams invitation should be sent to.

_____        _____
Signature                                Date

_____
Name (print)