UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                    Plaintiff,

-v-

UNITED STATES OF AMERICA,

                    Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 15, 2022, the Court held a settlement conference, which did not result in the resolution of this case. Accordingly, the parties shall promptly meet and confer and, by **July 1, 2022**, file a joint letter (i) advising the Court whether either party intends to proceed with expert discovery and, if so, (ii) describing the nature, and proposing a schedule for the completion, of the expert discovery.

Dated:    New York, New York
            June 24, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**