UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' proposed expert discovery schedule (ECF No. 100) is ADOPTED, and the Court orders as follows:

1. Plaintiff's expert disclosures shall be served by **September 16, 2022**.

2. Defendant's expert disclosures shall be served by **November 15, 2022**.

3. All expert discovery, including depositions, shall be completed by **December 15, 2022**.

4. By **December 22, 2022**, the parties shall file a joint letter (i) certifying the completion of expert discovery and (ii) indicating whether they wish for the Court to hold a settlement conference.

Dated:      New York, New York
              July 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**