UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

          Plaintiff,

-v-

UNITED STATES OF AMERICA, et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's requested extension (ECF No. 120) is GRANTED, and the Court orders as follows:

1. Expert discovery shall be completed by **June 23, 2023**.

2. By **June 30, 2023**, the parties shall file a joint letter (i) certifying the completion of expert discovery and (ii) indicating whether they wish for the Court to hold a settlement conference

Dated:    New York, New York
            May 9, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**