UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's request at ECF No. 134 is GRANTED, and the Court orders as follows:

1. By **November 22, 2023**, the parties shall complete the supplemental expert discovery authorized in the Court's May 23, 2023 Order (ECF No. 129).

2. By **November 29, 2023**, the parties shall file a joint letter (i) certifying the completion of discovery and (ii) indicating whether they wish for the Court to hold a settlement conference.

Dated:    New York, New York
            October 19, 2023

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**