UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 10230 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The parties' proposed schedule for the completion of expert discovery relating to Plaintiff's new expert economist (the "Expert Discovery") is ADOPTED, and the Court orders as follows:

1. The Expert Discovery shall be completed by **March 29, 2024**, and shall proceed as follows:

    a. By **January 29, 2024**, Plaintiff shall serve his expert report.

    b. By **February 29, 2024**, the Government shall serve its rebuttal report.

    c. Expert depositions shall be completed by **March 29, 2024**.

2. By **April 5, 2024**, the parties shall file a joint letter (i) certifying the completion of the Expert Discovery and (ii) indicating whether they wish for the Court to hold a settlement conference.

Dated:     New York, New York
            December 12, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**