UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX NKANSAH,<br><br>                    Plaintiff,<br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CIVIL ACTION NO.: 18 Civ. 10230 (KMW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephone conference held today, April 17, 2024, the Court orders as follows:

1. By **April 24, 2024**, Plaintiff shall make a settlement demand to Defendant.

2. By **May 1, 2024**, Defendant shall file a letter advising whether it believes a further settlement conference with the Court would be productive.

Dated:   New York, New York
         April 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**