USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

FELIX NKANSAH,

                Plaintiff,                              18-CV-10230 (KMW)

     v.                                                         **ORDER**

UNITED STATES OF AMERICA,

                Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

      The parties are ordered to file a joint memorandum detailing what has transpired in this litigation since its inception. The parties' joint memorandum is due May 29, 2024.

      SO ORDERED.

      DATED: New York, New York
               May 13, 2024                                        /s/ Kimba M. Wood
                                                                 KIMBA M. WOOD
                                                      United States District Judge