DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: CARLY WEINREB
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2769
E-mail: carly.weinreb@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX NKANSAH,<br><br>                     Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | 18 Civ. 10230 (KMW) (SLC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant United States of America's Motion for Partial Judgment on the Pleadings, defendant United States of America (the "Government") will move this Court to award it judgment on the pleadings on the complaint's claims for intentional infliction of emotional distress and prima facie tort pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, in this action filed by plaintiff Felix Nkansah.

PLEASE TAKE FURTHER NOTICE that any opposition is due by August 21, 2024, pursuant to the Memo Endorsed Order dated June 21, 2024 (ECF No. 156).

Dated: New York, New York
July 22, 2024

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney for the
           Southern District of New York
           *Attorney for United States*

By:   /s/ Carly Weinreb
           CARLY WEINREB
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Telephone: (212) 637-2769
           Facsimile: (212) 637-2786
           E-mail: carly.weinreb@usdoj.gov

TO:   Rehan Nazrali, Esq., *Counsel for Plaintiff* (by ECF)