*The Law Office of*

# Rehan Nazrali, Esq.

299 Broadway 17th Floor ▪ New York, NY 10007 ▪ Tel: (646) 331-9378 ▪ Fax: (646) 572-8768
email: rnazraliesq@gmail.com

September 11, 2024

**By ECF**
Judge Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:** **Nkansah v. United States**
      **Docket No. 18-cv-10230 (KMW) (SLC)**

Dear Judge Wood,

   I write on behalf of Plaintiff Felix Nkansah in response to the Government's recently filed letter (ECF No. 174). Specifically, the undersigned writes in response to the proposed briefing schedule and to correct some inaccuracies within the Government's letter.

**A.**  **INACCURACIES WITHIN THE GOVERNMENT'S LETTER**

   The undersigned submits the following objections to some of the language within the Government's letter to the Court.

   **1.** **The nature of Plaintiff's relationship with Cassandra Snyder**

   In their letter, the Government claims that Cassandra Snyder is the "the romantic partner of Plaintiff and the mother of his two youngest children." To be clear, as per the Plaintiff, Ms. Snyder is ***not*** the Plaintiff's romantic partner. On the contrary, their relationship is actually contentious and Ms. Snyder's severe emotional trauma is triggered by any contact/correspondence related to this lawsuit. Simply put, she is the estranged  mother of his two (2) children.

   This is noteworthy due to Ms. Snyder's extreme fragility for anything related to the instant action, including any contact with Mr. Nkansah himself. The resulting discomfort typically results in erratic behavior aimed towards him which creates an endless cycle of contentious behavior. Such behavior severely affects the Plaintiff to the point of triggering his PTSD and trauma, which may lead to erratic behavior of his own, as evidenced in the letter sent to Ms. Carly Weinreb, the Government's counsel.

   **2.** **Plaintiff was under extreme pressure and his PTSD was triggered when he wrote the letter sent to the Court**

   To echo the Plaintiff's recently filed letter to the court (ECF No. 173), Plaintiff's letter to the Court was written by Mr. Nkansah in a misguided attempt to placate Ms. Snyder. The

letter was written under duress and shock and due to his inability to to cope with the anxiety generated by Ms. Synder, who was massively triggered by the deposition subpoena and unloaded her frustrations onto him. Once fully aware of the total impact of what was written while anxious, triggered, and shocked, Plaintiff sought professional help at the Corning Mental Health Center. He was prescribed high blood pressure, antipsychotic and antidepressant medication.

Ultimately, Mr. Nkansah and I conferred and a mutual decision was made to proceed with the lawsuit under my representation.

**B.    PLAINTIFF'S POSITION REGARDING THE GOVERNMENT'S PROPOSED BRIEFING SCHEDULE**

Additionally, the Government's letter proposes a briefing schedule. Specifically, the Government seeks an October 17, 2024 deadline for an omnibus filing i) in further support of its motion for partial judgment on the pleadings and ii) in opposition to Plaintiff's cross motion to amend the complaint. The proposed schedule also sets the Plaintiff's deadline to respond to the Government's opposition to October 31, 2024.

Plaintiff has no objection to the proposed schedule, but reserves the right to submit any application for an extension should it become necessary.

As always, we thank Your Honor for her time and attention to this matter.

Respectfully submitted,

Rehan Nazrali, Esq.