UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 26, 2024
```

FELIX NKANSAH,

                Plaintiff,                18-CV-10230 (KMW)

      v.                                  **ORDER**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

     On September 19, 2024, the Court granted a request for an extension of time made by Plaintiff's counsel Rehan Nazrali to notify the Court by September 23, 2024 if Plaintiff's counsel intends to advance any of the claims raised in Plaintiff's *pro se* letter. (Order, ECF No. 178.) The Court has not received a response from Plaintiff's counsel. Plaintiff's counsel is directed to file a letter complying with the Court's September 19, 2024 Order by October 2, 2024. If Plaintiff's counsel does not submit a letter by that date, the Court will assume Plaintiff's counsel does not intend to advance any claims raised in Plaintiff's letter.

     SO ORDERED.

Dated: New York, New York
      September 26, 2024               _____*/s/ Kimba M. Wood*_____
                                  KIMBA M. WOOD
                          United States District Judge