*The Law Office of*

# Rehan Nazrali, Esq.

299 Broadway 17th Floor ▪ New York, NY 10007 ▪ Tel: (646) 331-9378 ▪ Fax: (646) 572-8768
email: rnazraliesq@gmail.com

October 24, 2024

**By ECF**
Judge Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Nkansah v. United States
             Docket No. 18-cv-10230 (KMW) (SLC)

Dear Honorable Judge Wood,

    I write on behalf of Cassandra Snyder who was scheduled for a Deposition dated October 21, 2024. Ms. Synder has had a miscarriage on 9/19/2024 as a result of the stress she has undergone due to the prospective deposition and is currently seeing a mental health specialist Dr. Mary Kay (LCSW) from Clinical Associates (607) 936-1771 (4104). I am not sure regarding her ability to appear for the deposition in the near future. Unfortunately, due to the unforeseeable tragic events we are seeking a long adjournment that is rooted in Ms Synder mental fitness. Ms. Snyder missed her 10/21 deposition and she is still being treated by Dr. Kay who hasn't provided medical clearance to attend the deposition. This information has been shared with Carly Weinreb Esq who is counsel for the US Attorney's Office. I will keep the court apprised if any change of events allows for an expedient resolution to this matter.

                              Respectfully submitted,

                              /S/

                            <u>Rehan Nazrali Esq</u>