UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO. 18 Civ. 10230 (KMW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephone conference held today, April 10, 2025, it is ORDERED that:

1. Simultaneous briefing shall proceed as follows:

   a. On or before **June 6, 2025**, the parties shall file their summary judgment and Daubert motions.

   b. On or before **July 8, 2025**, the parties shall file responses.

   c. On or before **July 22, 2025**, the parties may file replies.

2. The Court will not schedule a settlement conference at this time.

Dated:      New York, New York
              April 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**