*The Law Office of*
# Rehan Nazrali, Esq.

277 Broadway ▪ 17th Floor ▪ New York ▪ NY 10007 ▪ Tel: (646) 331-9378 ▪ Fax: (646) 572-8768 rnazraliesq@gmail.com

May 23, 2025

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Nkansah v. United States of America</u>, 18-cv-10230 (PAC) (SLC)

Dear Judge Cave:

    This Office represents the Plaintiff in the above-referenced action. The Plaintiff withdraws all the witnesses previously provided in Plaintiffs Amended Supplemental Interrogatories and thus Defendant's motion is moot. Due to extensive law office workload, including several imminent trials, Plaintiff also requests time to file his Summary Judgment motion.

    Accordingly, Plaintiff requests that Plaintiff's time to file his Summary Judgment be extended from 6/6/2025 to 6/27/2025 and opposition on July 28 2025 with a reply to follow on August 15, 2025

    Accordingly, Plaintiff requests an extension of time to file his dispositive motion as described above.

                                                             /S/

                                                     Rehan Nazrali Esq

    cc: (via Email)Carly Wienreb, Counsel for Defendant