UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO. 18 Civ. 10230 (KMW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

After review of the parties' letters (ECF Nos. 196; 197), it is ORDERED as follows:

1. Defendant's requests at ECF No. 196 are **DENIED as moot** in light of Plaintiff's withdrawal of the newly identified witnesses. (See ECF Nos. 196; 197).

2. Plaintiff's request to extend the simultaneous summary judgment and Daubert motions briefing schedule (ECF No. 196) is **GRANTED**, and the simultaneous briefing schedule (ECF No. 195) is **EXTENDED** as follows:

   a. On or before **June 27, 2025**, the parties shall file their summary judgment and Daubert motions.

   b. On or before **July 28, 2025**, the parties shall file responses.

   c. On or before **August 15, 2025**, the parties may file replies.

The Clerk of Court is respectfully directed to close ECF No. 196.

Dated:    New York, New York
           May 27, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**