*The Law Office of*
# Rehan Nazrali,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2025

277 Broadway ■ 17th Floor ■ New York ■ NY 10007 ■ Tel: (646)331-9378 ■ Fax: (646) 572-8768
E-mail: rnazraliesq@gmail

July 21, 2025.

**MEMO ENDORSED**

<u>BY ECF</u>
The Honorable Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

    Re: N<u>kansah v. United States</u>, No. 18 Civ. 10230 (KMW) (SLC)

**Re: Request for Leave to File Missing Exhibits**

Dear Judge Wood:

On behalf of Plaintiff Felix Nkansah, this Office respectfully writes to advise the Court of an inadvertent omission in our motion submitted on July 18th, 2025. Plaintiff timely filed the notice of motion, memorandum of law in support of the motion, and associated exhibits in support of the motion. However, due to administrative oversight, certain exhibits referenced in the filing were not uploaded to the Court's electronic filing system.

Specifically, the following exhibits were inadvertently omitted:

- Exhibit W- Etowah County Detention Center Records for Felix Nkansah

- Exhibit Y- Dr. Buck's Neurological Assessment for Felix Nkansah

- Exhibit Z- BOP Clinical Reports for Felix Nkansah

These exhibits are necessary for the Court's full consideration of the motion for summary judgment. We respectfully request leave to file and serve the omitted exhibits forthwith to complete the record.

We have conferred with counsel for United States, who consents to this request.

We apologize for any inconvenience this may cause and assure the Court that this omission was unintentional. If the Court permits, we will promptly submit the omitted exhibits as a supplemental filing.

Thank you for your attention to this matter. Please let us know if the Court requires any further information.

Respectfully submitted,

__/s/_ Rehan Nazrali____
REHAN NAZRALI, ESQ.
Attorney for Plaintiff
277 Broadway, 17th Floor
New York, NY 10007
Tel: (646) 331-9378
Email: rnazraliesq@gmail.com

cc: Carly Weinreb, *Counsel for Defendants USA* (by ECF)

**With the Government's consent, the Court grants Plaintiff leave to file the previously omitted Exhibits W, Y, and Z. The Court orders Plaintiff to redact personal identifying information from the Exhibits prior to filing, such as dates of birth, Social Security numbers, and other sensitive information, and to email unredacted copies of the Exhibits to Chambers.**

**SO ORDERED.**

**DATED: New York, New York**
       **July 25, 2025**

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**