*The Law Office of*

# Rehan Nazrali, Esq.

299 Broadway 17th Floor ▪ New York, NY 10007 ▪ Tel: (646) 331-9378 ▪ Fax: (646) 572-8768
email: rnazraliesq@gmail.com

August 26, 2025

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Nkansah v. United States of America</u>, 18-cv-10230 (PAC) (SLC)

Dear Judge Cave:

    This Office represents the Plaintiff in the above-referenced action. The Government's opposition to Plaintiff's motion for summary judgment, and Plaintiff's opposition to the Government's motion to exclude portions of Plaintiff's proposed expert testimony under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 597 (1993), are currently due by September 15, 2025. See Order, dated July, 31, 2025 (ECF No. 215). With Defendants' consent, I write to respectfully request a 7 day extension of the September 15, 2025 opposition deadline to September 22, 2025, and concomitant extensions of both parties' reply deadlines.

    This request is necessitated by a family situation which will require me to be out of the office intermittently over the next month and as such will unfortunately create a significant delay in my work load.

    Thanking the Court for its consideration of this request.

                                                           Respectfully submitted,
                                                              /s/
                                                     REHAN NAZRALI, Esq.
                                                     *Counsel for Plaintiff*
                                                     277 Broadway, 1701A
                                                     New York, New York 10007
                                                     Tel: (646) 331-9378
                                                     Email: rnazraliesq@gmail.com