UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX NKANSAH,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO. 18 Civ. 10230 (KMW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 224) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- The Government's reply in further support of its motion to exclude portions of Plaintiff's proposed expert testimony (Dkt. No. 206) is due by **November 24, 2025**.

- Plaintiff's reply in further support of his motion for summary judgment (Dkt. No. 205) is due by **November 24, 2025.**

Dated:    New York, New York
             November 18, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**