USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: October 28, 2026

The Law Office of
Rehan Nazrali, E
277 Broadway • 17th Floor • New York
Tel: (646) 331-9378 • Fax: (646) 572-8768 • rnazraliesq@gmail.com

October 28, 2026

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: Nkansah v. United States of America**
**No. 18-cv-10230 (PAC) (SLC)**

Dear Judge Cave:

I represent Plaintiff in the above-referenced action and respectfully request a brief extension of the deadline to submit the Joint Pretrial Order, from October 28, 2026, to November 6, 2026, to permit counsel to address the remaining settlement-related issues.

The parties have made substantial progress in their settlement discussions. Plaintiff's counsel is working to resolve outstanding issues involving a third-party funding provider and is awaiting additional confirmation, which is expected before the end of this week. The requested extension would allow counsel time to obtain that confirmation, address any remaining issues, and determine whether a final settlement can be completed.

The JPTO was due October 28, 2026 and this is the second deadline extension request after the previous one was granted on the same basis. . The Defendant consents to the brief extension after consultation.

This brief extension would conserve the parties' resources while they pursue resolution. Plaintiff will promptly advise the Court if a settlement is reached. Thank you for the Court's consideration.

Respectfully submitted,

/s/ Rehan Nazrali
Rehan Nazrali, Esq.
Counsel for Plaintiff

cc: All counsel of record (via ECF)

**The parties' joint request to extend the pretrial schedule is GRANTED.**

**SO ORDERED.**

**DATED: New York, New York**
**October 28, 2026**

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE